UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NAVA, On Behalf Of Himself And of All others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>LYDIAN PRIVATE BANK, WASHINGTON MUTUAL BANK, AND DOES 1-15,<br><br>        Defendants. | Case No. 2:08-CV-00069-FCD-KJM<br><br>**ORDER GRANTING REQUEST OF FEDERAL DEPOSIT INSURANCE CORPORATION FOR MANDATORY STAY** |

      The court is in receipt of defendant Federal Deposit Insurance Corporation's (the "FDIC") Request for Mandatory Stay pursuant to 12 U.S.C. § 1821(d)(12). The FDIC was appointed as a receiver for defendant Washington Mutual Bank. Section 1821(d)(12)(A) provides that a receiver may request a stay not to exceed ninety days in any judicial action to which the insured depository institution is a party. The statute further provides that "[u]pon receipt of a request by any . . . receiver . . . for a stay of any judicial action or proceeding . . . , the court shall grant a stay as to all parties." 12 U.S.C. § 1821(d)(12)(B). Having reviewed the motion and the materials submitted in support thereof, the FDIC's Request is granted and the entire action is stayed as to all parties until December 24, 2008.

    **IT IS SO ORDERED.**

Dated: October 28, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE