UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NAVA, On Behalf Of Himself And of All others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LYDIAN PRIVATE BANK, WASHINGTON MUTUAL BANK, AND DOES 1-15,<br><br>Defendants. | Case No. 2:08-CV-00069-FCD-KJM<br><br>**ORDER** |

The court is in receipt of defendant Federal Deposit Insurance Corporation-Receiver's (the "FDIC-Receiver") Motion to Stay Pending Exhaustion of Mandatory Administrative Claims Process. Plaintiff Guillermo Nava has filed a Notice of Non-opposition to the Motion to Stay. Having reviewed the motion and the materials submitted in support thereof, the FDIC-Receiver's Motion is GRANTED, and the action is STAYED as to all parties until the earlier of (1) September 14, 2009, or (2) 180 days after Nava submits his administrative claim to FDIC-Receiver in the claims process.

**IT IS SO ORDERED.**

Dated: February 3, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE