Jennie Lee Anderson (SBN 203586)
Lori E. Andrus (SBN 205816)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:  (415) 986-1400
Facsimile:  (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com

*Attorneys for Plaintiff and the Proposed Class*

Matthew G. Ball (SBN No. 208881)
K& L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220
matthew.ball@klgates.com

*Attorneys for Defendant Lydian Private Bank*

(Additional counsel appear on signature page)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NAVA, On Behalf Of Himself And All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     v.<br><br>LYDIAN PRIVATE BANK, WASHINGTON MUTUAL BANK FA, AND DOES 1-10,<br><br>               Defendants. | Civil Case No.: 2:08-CV-00069-FCD-KJM<br><br>**STIPULATION AND ORDER PERMITTING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |

1  WHEREAS, Defendant Lydian Private Bank would not oppose a motion by Plaintiff to
2  file the Second Amended Complaint ("SAC"), though still opposing Plaintiffs' claims and
3  the substance of the allegations in the SAC;
4  WHEREAS, Defendant Federal Deposit Insurance Corporation, in its capacity as Receiver
5  for Washington Mutual Bank ("FDIC-Receiver") stipulates to the filing of the SAC, which does
6  not name FDIC-Receiver as a defendant, and thereby dismisses FDIC-Receiver from the action;
7  IT IS HEREBY STIPULATED among the parties that Plaintiff may file the Second
8  Amended Complaint, a copy of which is attached hereto as Exhibit A, without opposition.

DATED: January 13, 2010

| /s/ *Jennie Lee Anderson* | /s/ *Phoebe S. Winder* |
| Jennie Lee Anderson | Phoebe S. Winder |

Jennie Lee Anderson (SBN 203586)
Lori E. Andrus (SBN 205816)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com,
jennie@andrusanderson.com

David M. Arbogast (SBN 167571)
Jeffrey K. Berns (SBN 131351)
ARBOGAST & BERNS LLP
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Telephone: (818) 961-2000
Facsimile: (818) 936-0232
darbogast@law111.com
jberns@law111.com

R. Bruce Allensworth (admitted *pro hac vice*)
Irene C. Freidel (admitted *pro hac vice*)
Phoebe S. Winder (admitted *pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
bruce.allensworth@klgates.com
irene.freidel@klgates.com
phoebe.winder@klgates.com

Matthew G. Ball (SBN 208881)
K& L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
matthew.ball@klgates.com

*Attorneys for Plaintiffs and the Proposed Class*   *Attorneys for Defendant Lydian Private Bank*

///
///
///
///
///

DATED: January 13, 2010

___/s/ Stephen Michael Ng___
　　Stephen Michael Ng

BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., NW
Washington, DC 20004-2400
202.639.7704 (direct)
202.585.4075 (fax)
stephen.ng@bakerbotts.com

*Attorneys for the FDIC as Receiver
for Defendant Washington Mutual Bank, FA*

　　　　**IT IS SO ORDERED** this 14th day of January, 2010.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE