UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

GUILLERMO NAVA, ROBERT J. LARDIERE
and JEAN L. LARDIERE, on behalf of
themselves and all others similarly situated,

    Plaintiff,

vs.

LYDIAN PRIVATE BANK and DOES 1-50,

    Defendants.

Case No. 2:08-cv-0069 FCD KJM

**TWENTY-DAY ORDER OF DISMISSAL**

The Court having been advised on June 29, 2010 that the above entitled action has been settled.

IT IS ORDERED that this action is hereby dismissed, with prejudice with respect to the individual claims of plaintiffs Robert J. and Jean L. Lardiere, and without prejudice as to the individual claims of plaintiff Guillermo Nava and the claims of the putative class that plaintiffs sought to represent, and without prejudice to the right of any party, upon good cause shown, to reopen the action within twenty (20) days if settlement papers are not finalized.

SO ORDERED this 29th day of June, 2010.

                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE